UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JOSUE GONZALEZ HERNANDEZ,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>Respondents. | CAUSE NO. 3:26-CV-951-CCB-SJF |

## ORDER

Immigration detainee Josue Gonzalez Hernandez, by counsel, moves to voluntarily dismiss his habeas corpus petition. (ECF 12.) In the interest of justice, his motion will be granted.

For these reasons, the motion (ECF 12) is **GRANTED**, and this action is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(2). The clerk is **DIRECTED** to close the case.

SO ORDERED on August 24, 2026.

/s/ *Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT